Brody Valerga (USB #11789)
Valerga LLP
395 South Main Street, Suite 201
Alpine, UT 84004
Telephone: (801) 893-3635
Facsimile: (801) 396-7164
Email: brody@valergalawyers.com
*Proposed Special Counsel for the Debtor in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In Re:<br><br>**PLAZA 106, LLC,**<br>    Debtor in Possession.<br><br>------<br>**PLAZA 106, LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**FIRST UTAH BANK, a Utah state-chartered bank; and MICHAEL R. BROWN, in his capacity as Successor Foreclosure Trustee,**<br><br>    Defendants. | Bankruptcy No. 25-bk-25459-PH<br>Chapter 11<br>Hon. Peggy Hunt<br><br><br><br>Adversary Proceeding<br>No. 26-02063 |

## DEBTOR'S MOTION TO SHORTEN TIME
## FOR HEARING ON EMERGENCY MOTION FOR TEMPORARY RESTRAINING
## ORDER AND PRELIMINARY INJUNCTION

Plaza 106, LLC (the "Debtor"), by and through proposed special counsel, respectfully

moves this Court under Federal Rule of Bankruptcy Procedure 9006(c)(1) for an order

shortening the time for hearing on the Debtor's Emergency Motion for Temporary Restraining

Order and Preliminary Injunction filed concurrently herewith. In support, the Debtor states as follows:

1. On March 17, 2026, Defendant Michael R. Brown, as successor foreclosure trustee, signed a Notice of Trustee's Sale (NOS3) scheduling the sale of the Debtor's real property located at 894 East 3900 South, Salt Lake City, Utah 84107 (the "Property") for **April 21, 2026**.

2. The sale is four days away. Under Utah Code § 57-1-28(3), there is no right of redemption following a non-judicial foreclosure sale in Utah. If the sale proceeds, the Debtor's primary asset will be irreversibly transferred.

3. The Debtor has filed concurrently herewith an Adversary Complaint and an Emergency Motion for Temporary Restraining Order and Preliminary Injunction alleging that the Order Granting Motion for Relief from Stay (Doc 54) was procured by fraud on the court under Fed. R. Civ. P. 60(d)(3) via Bankr. R. 9024.

4. The normal notice periods under Federal Rules of Bankruptcy Procedure 9006(d) and 2002 are insufficient to allow a hearing before the scheduled sale date. Without shortened time, the Debtor's emergency motion cannot be heard before the Property is sold and the adversary proceeding is rendered moot as to injunctive relief.

5. Good cause exists to shorten time because: (a) the sale is imminent and no redemption right exists; (b) the Property is the estate's primary asset; (c) the Debtor's verified complaint raises substantial questions of fraud on the court by officers of this Court; and (d) the balance of equities strongly favors preserving the status quo pending a hearing on the merits.

6. The Debtor requests that this Court set an expedited hearing on the Emergency Motion at the earliest available date prior to April 21, 2026, or alternatively, enter the Temporary

Restraining Order ex parte and schedule a preliminary injunction hearing within the fourteen-day TRO period.

WHEREFORE, the Debtor respectfully requests that this Court enter an order shortening time for hearing on the Debtor's Emergency Motion for Temporary Restraining Order and Preliminary Injunction, and grant such other relief as the Court deems just.

Dated  April 17, 2026                         **VALERGA LLP**

                                              /s/Brody Valerga
                                              Brody Valerga
                                              *Attorney for Plaintiff and Debtor in Possession*

## <u>CERTIFICATE OF SERVICE</u>

Service of the foregoing **MOTION FOR ORDER SHORTENING TIME** shall be served on the parties in the manner designated below:

By Electronic Service: The parties of record in this case, as identified below as registered CM/ECF users.
 Michael Ronald Brown mbrown@parsonsbehle.com
Andres' Diaz courtmail@adexpresslaw.com
John S. Gygi john.gygi@sba.gov
Timothy J. Larsen tlarsen@adexpresslaw.com
James C. Lewis jlewis@lewishansen.com, wendy@lewishansen.com
Mark C. Rose mrose@rqn.com, docket@rqn.com;asanchez@rqn.com
Brian M. Rothschild brothschild@parsonsbehle.com,
ecf@parsonsbehle.com;docket@parsonsbehle.com
United States Trustee USTPRegion19.SK.ECF@usdoj.gov
Melinda Willden tr melinda.willden@usdoj.gov,
Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

By U.S. Mail: In addition to the parties receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed.R.Civ.P.5(b).

Plaza 106, LLC
1800 Airport Road
Price, UT 84501