Brody Valerga (11789)
**Valerga LLP**
395 S. Main Street #201
Alpine, UT 84004
(801) 893-3635
brody@valergalawyers.com
*Proposed Special Counsel for the Debtor in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In Re:<br>**PLAZA 106, LLC,**<br>Debtor in Possession. | Bankruptcy No. 25-bk-25459-PH<br><br>Chapter 11<br>Hon. Peggy Hunt |
| **PLAZA 106, LLC,**<br><br>　Plaintiff,<br><br>v.<br><br>**FIRST UTAH BANK, a Utah state-chartered bank; and MICHAEL R. BROWN, in his capacity as Successor Foreclosure Trustee,**<br><br>Defendants. | Adversary Proceeding No. 26-02063 |

## [PROPOSED] TEMPORARY RESTRAINING ORDER

Upon the Debtor's Emergency Motion and supporting declarations, and good cause appearing;

**IT IS HEREBY ORDERED** that:

1. First Utah Bank and Michael R. Brown, as successor foreclosure trustee, and their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, are temporarily **RESTRAINED** from conducting, facilitating, or consummating the Trustee's Sale of the real property at 894 East 3900 South, Salt Lake City, Utah 84107, or any other sale, transfer, or disposition of said property.

2. This Order expires fourteen (14) days from entry unless extended for good cause.

3. A hearing on the Preliminary Injunction is set for _____, 2026, at _____ [a.m./p.m.].

4. The bond requirement is [waived / set at $_____].

Entered at __ [a.m./p.m.] on this  day of , 2026.


_____
HONORABLE PEGGY HUNT
United States Bankruptcy Judge

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **TEMPORARY RESTRAINING ORDER**  shall be served on the parties in the manner designated below:

By Electronic Service: The parties of record in this case, as identified below as registered CM/ECF users.
 Michael Ronald Brown mbrown@parsonsbehle.com
Andres' Diaz courtmail@adexpresslaw.com
John S. Gygi john.gygi@sba.gov
Timothy J. Larsen tlarsen@adexpresslaw.com
James C. Lewis jlewis@lewishansen.com, wendy@lewishansen.com
Mark C. Rose mrose@rqn.com, docket@rqn.com;asanchez@rqn.com
Brian M. Rothschild brothschild@parsonsbehle.com,
ecf@parsonsbehle.com;docket@parsonsbehle.com
United States Trustee USTPRegion19.SK.ECF@usdoj.gov
Melinda Willden tr melinda.willden@usdoj.gov,
Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

By U.S. Mail: In addition to the parties receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed.R.Civ.P.5(b).

Plaza 106, LLC
1800 Airport Road
Price, UT 84501