Brody Valerga (11789)
**Valerga LLP**
395 S. Main Street #201
Alpine, UT 84004
(801) 893-3635
brody@valergalawyers.com
*Proposed Special Counsel for the Debtor in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In Re:<br>**PLAZA 106, LLC,**<br>Debtor in Possession. | Bankruptcy No. 25-bk-25459-PH<br><br>Chapter 11<br>Hon. Peggy Hunt |
| **PLAZA 106, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**FIRST UTAH BANK, a Utah state-chartered bank; and MICHAEL R. BROWN (USB #16007), in his capacity as Successor Foreclosure Trustee,**<br><br><br>Defendants. | Adversary Proceeding No. 26-02063 |

## [PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION

Upon the Debtor's Motion; notice to all parties; hearing held on _____, 2026; and the record;

**IT IS HEREBY ORDERED** that:

1. First Utah Bank and Michael R. Brown, as successor foreclosure trustee, and their officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, are **PRELIMINARILY ENJOINED** from conducting, facilitating, or consummating any sale, transfer, or disposition of the real property at 894 East 3900 South, Salt Lake City, Utah 84107, pending resolution of this adversary proceeding or further order of this Court.

2. The bond requirement is [waived / set at $_____].

3. The Court retains jurisdiction to modify or dissolve this Order.

--- END OF ORDER ---

_____
HONORABLE PEGGY HUNT
United States Bankruptcy Judge

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing **ORDER GRANTING PRELIMINARY INJUNCTION** shall be served on the parties in the manner designated below:

By Electronic Service: The parties of record in this case, as identified below as registered CM/ECF users.
 Michael Ronald Brown mbrown@parsonsbehle.com
Andres' Diaz courtmail@adexpresslaw.com
John S. Gygi john.gygi@sba.gov
Timothy J. Larsen tlarsen@adexpresslaw.com
James C. Lewis jlewis@lewishansen.com, wendy@lewishansen.com
Mark C. Rose mrose@rqn.com, docket@rqn.com;asanchez@rqn.com
Brian M. Rothschild brothschild@parsonsbehle.com,
ecf@parsonsbehle.com;docket@parsonsbehle.com
United States Trustee USTPRegion19.SK.ECF@usdoj.gov
Melinda Willden tr melinda.willden@usdoj.gov,
Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

By U.S. Mail: In addition to the parties receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed.R.Civ.P.5(b).

Plaza 106, LLC
1800 Airport Road
Price, UT 84501