Brody Valerga (USB #11789)
Valerga LLP
395 South Main Street, Suite 201
Alpine, UT 84004
Telephone: (801) 893-3635
Facsimile: (801) 396-7164
Email: brody@valergalawyers.com
*Proposed Special Counsel for the Debtor in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In Re:<br><br>**PLAZA 106, LLC,**<br>    Debtor in Possession.<br><br>---<br><br>**PLAZA 106, LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**FIRST UTAH BANK, a Utah state-chartered bank; and MICHAEL R. BROWN, in his capacity as Successor Foreclosure Trustee,**<br><br>    Defendants. | Bankruptcy No. 25-bk-25459-PH<br>Chapter 11<br>Hon. Peggy Hunt<br><br><br><br>Adversary Proceeding No. 26-02063 |

### [PROPOSED] ORDER SHORTENING TIME FOR HEARING

Upon the Debtor's Motion to Shorten Time, and good cause appearing;

**IT IS HEREBY ORDERED that:**

1. The time for hearing on the Debtor's Emergency Motion for Temporary Restraining Order and Preliminary Injunction is shortened.

2. The hearing is set for _____, 2026, at _____ [a.m./p.m.].

3. The Debtor shall serve the Motion, supporting papers, and this Order on all parties by _____, 2026.

Entered this _____ day of _____, 2026.

_____

HONORABLE PEGGY HUNT
United States Bankruptcy Judge

***END OF ORDER***

## <u>DESIGNATION OF PARTIES TO BE SERVED</u>

Service of the foregoing **ORDER SHORTENING TIME FOR HEARING** shall be served on the parties in the manner designated below:

By Electronic Service: The parties of record in this case, as identified below as registered CM/ECF users.
 Michael Ronald Brown mbrown@parsonsbehle.com
Andres' Diaz courtmail@adexpresslaw.com
John S. Gygi john.gygi@sba.gov
Timothy J. Larsen tlarsen@adexpresslaw.com
James C. Lewis jlewis@lewishansen.com, wendy@lewishansen.com
Mark C. Rose mrose@rqn.com, docket@rqn.com;asanchez@rqn.com
Brian M. Rothschild brothschild@parsonsbehle.com,
ecf@parsonsbehle.com;docket@parsonsbehle.com
United States Trustee USTPRegion19.SK.ECF@usdoj.gov
Melinda Willden tr melinda.willden@usdoj.gov,
Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj
.gov;Brittany.Dewitt@usdoj.gov

By U.S. Mail: In addition to the parties receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed.R.Civ.P.5(b).

Plaza 106, LLC
1800 Airport Road
Price, UT 84501