*Order Prepared and Submitted by:*
Brian M. Rothschild, USB #15316
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
BRothschild@parsonsbehle.com
MBrown@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Defendants*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: <br><br> PLAZA 106 LLC, <br><br>     Debtor. | Adv. No. 26-ap-02063-PH <br><br> (Related to Case No. 25-bk-25459-PH) |
| PLAZA 106 LLC, <br><br>     Plaintiff, <br><br> v. <br><br> FIRST UTAH BANK, a Utah State Chartered Bank; and MICHAEL R. BROWN, in his capacity as Successor Foreclosure Trustee, <br><br>     Defendants | Chapter 11 <br><br> Judge Peggy Hunt |

### ORDER DENYING DEBTOR'S AMENDED EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

---

4912-8239-8628

Before the Court is the matter of the *Amended Emergency Motion for Temporary Restraining Order and Preliminary Injunction* (Dkt. no. 3) (the "**Motion**") filed by the Plaintiff PLAZA 106 LLC (the "**Plaintiff**" or the "**Debtor**").  The Court held a Hearing on the Motion on April 21, 2026, at which the Plaintiff was represented by Brody Valerga in its capacity as Plaiuntiff, and Andres Diaz in its capacity as the Debtor; and the above-captioned Defendants were represented by Brian M. Rothschild.  The Court made its findings of fact and conclusions of law on the record at the hearing, which are incorporated herein.  Based thereon,

IT IS HEREBY ORDERED that the Motion is **DENIED**.


**--- END OF ORDER ---**

**###**


Co-Counsel to Debtor Plaza 106 LLC:
**Valerga Lawyers**


/s/ Brody Valerga*
Brody Valerga
*Signed with email permission April 21, 2026


Co-Counsel to Debtor Plaza 106 LLC:
**Diaz & Larsen**


/s/ Andres Diaz*
Andres Diaz
*Signed with email permission April 21, 2026 Counsel to Debtor Plaza 106 LLC

2

4912-8239-8628

## DESIGNATION OF PARTIES TO RECEIVESERVICE

Service of the foregoing **ORDER DENYING DEBTOR'S AMENDED EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** shall be served to the parties and in the manner designated below:

By Electronic Service: I certify that the parties of record in this case as identified below, are registered CM/ECF users.

- **Brody Valerga on behalf of Plaintiff Plaza 106, LLC**
  brodyvalerga@gmail.com, brodyvalerga@gmail.com

The following parties in interest are not registered ECF users and must be notified manually:

- **Andres' Diaz**    courtmail@adexpresslaw.com

Dated this 22nd day of April, 2026.

PARSONS BEHLE & LATIMER

/s/ Brian M. Rothschild
Brian M. Rothschild

4912-8239-8628