**This order is SIGNED.**

**Dated: May 8, 2026**



**PEGGY HUNT**
**U.S. Bankruptcy Judge**

*jas*

*Order Prepared and Submitted by:*
Brian M. Rothschild, USB #15316
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
BRothschild@parsonsbehle.com
MBrown@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>PLAZA 106 LLC,<br><br>      Debtor. | Adv. No. 26-ap-02063-PH<br><br>(Related to Case No. 25-bk-25459-PH) |
| PLAZA 106 LLC,<br><br>      Plaintiff,<br><br>v.<br><br>FIRST UTAH BANK, a Utah State Chartered Bank; and MICHAEL R. BROWN, in his capacity as Successor Foreclosure Trustee,<br><br>      Defendants | Chapter 11<br><br>Judge Peggy Hunt |

**ORDER DENYING IN PART PLAINTIFF'S ~~DEBTOR'S~~ AMENDED**
**EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**
**AND PRELIMINARY INJUNCTION**

4912-8239-8628

Before the Court is the matter of the *Amended Emergency Motion for Temporary Restraining Order and Preliminary Injunction* (Dkt. no. 3) (the "**Motion**") filed by the Plaintiff PLAZA 106 LLC (the "**Plaintiff**" or the "**Debtor**").  The Court held a Hearing on the Motion on April 20~~1~~, 2026, at which the Plaintiff was represented by Brody Valerga ~~in its capacity as Plaiuntiff,~~ and Andres Diaz ~~in its capacity as the Debtor~~; and the above-captioned Defendants were represented by Brian M. Rothschild.  At the hearing, the Court only considered the Debtor's request for entry of a temporary restraining order. The Court did not consider the request for entry of a preliminary injunction. The Court made its findings of fact and conclusions of law on the record at the hearing, which are incorporated herein.  Based thereon,

IT IS HEREBY ORDERED that the Motion is **DENIED** to the extent that the Motion requests entry of a temporary restraining order.

**--- END OF ORDER ---**

###

Co-Counsel to Debtor Plaza 106 LLC:
**Valerga Lawyers**

/s/ Brody Valerga*
_____
Brody Valerga
*Signed with email permission April 21, 2026

Co-Counsel to Debtor Plaza 106 LLC:
**Diaz & Larsen**

/s/ Andres Diaz*
_____
Andres Diaz
*Signed with email permission April 21, 2026 Counsel to Debtor Plaza 106 LLC

4912-8239-8628

**DESIGNATION OF PARTIES TO RECEIVESERVICE**

**Service of the foregoing  ORDER  DENYING  IN PART PLAINTIFF'S  DEBTOR'S
AMENDED  EMERGENCY  MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTION shall be served to the parties and In Part Plaintiff's
in the manner designated below:**

By Electronic Service: I certify that the parties of record in this case as identified below, are
registered CM/ECF users.

- **Brody Valerga on behalf of Plaintiff Plaza 106, LLC**
  brodyvalerga@gmail.com, brodyvalerga@gmail.com

The following parties in interest are not registered ECF users and must be notified manually:

- **Andres' Diaz**     courtmail@adexpresslaw.com

Dated this 22nd day of April, 2026.

PARSONS BEHLE & LATIMER

/s/ Brian M. Rothschild
Brian M. Rothschild

4912-8239-8628