# United States Bankruptcy Court

## District of Utah



**Date Issued May 19, 2026**

In re

Plaza 106, LLC,

Debtor

Case Number 25–25459 PH
Chapter 11

Plaza 106, LLC et al.,

Plaintiff

v.

First Utah Bank

Defendant, Third–Party Plaintiff

Adversary Proceeding
No. 26–02063 PH

v.

Nagendra Prasad Reddy

Third–Party Defendant

## THIRD PARTY SUMMONS

YOU ARE SUMMONED and required to file a motion or answer to the third–party complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the third–party complaint within 35 days. The address of the clerk of the bankruptcy court is:

Clerk, U.S. Bankruptcy Court
Frank E. Moss Courthouse
350 South Main Street #301
Salt Lake City, UT 84101

At the same time, you must also serve a copy of the motion or answer upon the defendant's attorney.

Name and Address of Defendant's Attorney:
Brian M. Rothschild
Parsons Behle & Latimer
201 S. Main St. Suite 1800
Salt Lake City, UT 84111

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Brody Valerga
Valerga LLP
395 S Main St
Suite 201
Alpine, UT 84004

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012. If you are also being served with a copy of the complaint of the plaintiff, you have the option of not answering the plaintiff.s complaint unless this is an admiralty or maritime action subject to the provisions of Fed. R. Civ. P. 9(h) and 14(c), in which case you are required to file a motion or an answer to both the plaintiff.s complaint and the third–party complaint, and to serve a copy of your motion or answer upon the appropriate parties.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE THIRD–PARTY COMPLAINT.**

Dated: May 19, 2026

For the Court

David A. Sime
Clerk of Court

United States Bankruptcy Court
District of Utah
350 South Main, #301
Salt Lake City, UT 84101
Tel. (801) 524–6687

https://www.utb.uscourts.gov
VCIS* (866) 222–8029, then Press 85
* Voice Case Information System
Form B2500D – jtt

## CERTIFICATE OF SERVICE

I,_____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that the service of this summons dated May 19, 2026, along with a copy of the third–party complaint was made on _____ [Date] by (check one):

_____   **Mail service** – Regular, First Class United States mail, postage fully pre–paid, addressed to:

_____   **Personal Service** – By leaving the documents with the following defendant(s) or with an officer or agent of defendant(s) at:

_____   **Residence Service** – By leaving the documents with the following adult at:

_____   **Certified Mail Service on an Insured Depository Institution** – By sending the documents by certified mail addressed to the following officer of the defendant at:

_____   **Publication** – The defendant was served as follows: [describe briefly]

_____   **State Law** – The defendant was served pursuant to the laws of the State of _____, as follows: [describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_____        _____
Date                                        Signature

                                             _____
                                             Print Name

                                             _____
                                             Business Address

                                             _____
                                             City/State/Zip