**[Form 255]** [Ntc of IPTC/Ord Fixing Date of Flng Rpt]

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>    Plaza 106, LLC<br>              Debtor(s).<br><br>    Plaza 106, LLC et al.<br>              Plaintiff(s),<br><br>         v.<br><br>    First Utah Bank<br>    et al.<br>              Defendant(s). | Case No. 25–25459 PH<br>Chapter 11<br><br><br><br><br><br>Adv. Proc. No. 26–02063 |

### ORDER SETTING (1) DEADLINE TO FILE REPORT OF PARTIES' PLANNING MEETING AND FED. R. BANKR. P. 7007.1 STATEMENT, AND (2) SCHEDULING INITIAL PRETRIAL CONFERENCE

Pursuant to Fed. R. Civ. P. 16(a), made applicable to the above–captioned proceeding by Fed. R. Bankr. P. 7016 and Local Rule 7016–1,

**IT IS HEREBY ORDERED** that:

1.  The parties must confer as required under Fed. R. Civ. P. 26(f), made applicable by Fed. R. Bankr. P. 7026 and Local Rule 7026–1(a), and prepare a Report of Parties' Planning Meeting in a form that substantially complies with Local Form 7026–1.

2.  The parties must file the Report of Parties' Planning Meeting on or before **June 12, 2026**.

3.  The parties must have complied with Fed. R. Bankr. P. 7007.1, if applicable, prior to the scheduled Initial Pretrial Conference.

4.  The Court will conduct an Initial Pretrial Conference on **June 23, 2026** at **01:30 PM (Mountain Time)**. **This meeting is by Zoom. Go to, ZoomGov.com/join or call 1+(669)254–5252, Enter Meeting ID 161 4747 8650, Passcode 9671833**. The Court may strike the Conference if the Report of the Parties' Planning Meeting is timely filed.

5.  Failure to comply with this Order may result in the Court imposing sanctions and/or fees and costs under Fed. R. Civ. P. 16(f), made applicable to this proceeding by Fed. R. Bankr. P. 7016, without further notice or hearing.

Dated and Entered on: May 18, 2026

Peggy Hunt
United States Bankruptcy Judge

United States Bankruptcy Court

District of Utah

Plaza 106, LLC,

     Plaintiff

First Utah Bank,

     Defendant

Adv. Proc. No. 26-02063-PH

# CERTIFICATE OF NOTICE

| District/off: 1088-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 18, 2026 | Form ID: f255 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Plaza 106, LLC, 3731 South Luchars Lane, Salt Lake City, UT 84115-5023 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 3pp | Email/Text: specialassets@firstutahbank.com | May 19 2026 00:26:00 | First Utah Bank, 3826 S 2300 E, Salt Lake City, UT 84109, UNITED STATES |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 3pd | | Nagendra Prasad Reddy |
| dft | \*P++ | FIRST UTAH BANK, 115 EAST 1300 SOUTH, SUITE200, SALT LAKE CITY UTAH 84115-5472, address filed with court:, First Utah Bank, 3826 S 2300 E, Salt Lake City, UT 84109, UNITED STATES |
| cd | \*+ | Plaza 106, LLC, 3731 South Luchars Lane, Salt Lake City, UT 84115-5023 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2026       Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|

District/off: 1088-2

User: admin

Page 2 of 2

Date Rcvd: May 18, 2026

Form ID: f255

Total Noticed: 2

Brian M. Rothschild

on behalf of Defendant Michael R Brown brothschild@parsonsbehle.com  ecf@parsonsbehle.com;docket@parsonsbehle.com

Brian M. Rothschild

on behalf of Defendant First Utah Bank brothschild@parsonsbehle.com  ecf@parsonsbehle.com;docket@parsonsbehle.com

Brody Valerga

on behalf of Plaintiff Plaza 106  LLC brodyvalerga@gmail.com, brodyvalerga@gmail.com

Zack L Winzeler

on behalf of 3rd Party Plaintiff Michael R Brown ecf@parsonsbehle.com  zwinzeler@parsonsbehle.com

Zack L Winzeler

on behalf of 3rd Party Plaintiff First Utah Bank ecf@parsonsbehle.com  zwinzeler@parsonsbehle.com

TOTAL: 5