*TD's Legal Process*

*&*

*Investigations*

P.O. Box 18118
Salt Lake City, Utah 84118
Office:801-964-9393:Cell:801-347-1038
EMail: tdslegalprocess@gmail.com
Tax ID No. 87-0653228

5/26/2026

---

**PARSONS BEHLE & LATIMER**
**201 SO. MAIN ST. #1800**
**S.L.C., UT 84111**

**Attn: Shannon A.**                                                           532-1234

| Plaza 106, LLC et. al., | | |
|---|---|---|
| Plaintiff | Invoice #: 177895 | Invoice Date:   5/26/2026 |
| VS | Case:25-25459 PH | |
| First Utah Bank | ROS/UROS# 199735 | |
| Defendant | | |

***Process:*** ***Third Party Summons & Answer to Verified Complaint; See Attached***

Served:   Yes

Date Served: 05/23/2026
Person Served:Shweta Mishra; Co-Res

On Behalf of:   Nagendra Prasad Reddy

Service Address:  3731 S Luchars Lane  SLC, UT 84115

| | |
|---|---|
| Service Fee: | $15.00 |
| Mileage Fee: | $21.00 |
| Other Fee: | $0.00 |
| Rush Fee: | $0.00 |
| Processing: | $3.00 |
| **Total Due** | **$39.00** |
| Addresses: | 1 |
| Attempts: | 2 |

Comments:

Court Date:                    Court Time:

9

5/26/2026

*TD's Legal Process*

*&*

*Investigations*

*P.O. Box 18118*
*Salt Lake City, Utah 84118*
*Office: 801-964-9393*
*Cell: 801-347-1038*

*Return of Service*

| | | |
|---|---|---|
| ROS# 199735 | PARSONS BEHLE & LATIMER | |
| Rcvd: 05/21/2026 | 201 SO. MAIN ST. #1800 | 532-1234 |
| Attn: Shannon A. | S.L.C., UT 84111 | |

| Case: 25-25459 PH | Civil# Adv. No. 26-ap-02063 | Doc# 25-bk-25459-ph |
|---|---|---|

Plaintiff(s)                          VS   Defendant(s)

Plaza 106, LLC et. al.,                    First Utah Bank

                                           Defendant, Third-Party Plaintiff
                                           Nagendra Prasad Reddy

                                           Third-Party Defendant,

**Process:** **Third Party Summons & Answer to Verified Complaint; See Attached**
**To:** **Nagendra Prasad Reddy**

The undersigned Person Hereby Certifies:

I am, at the time of service, a duly qualified Process server / Private investigator over 21 years of age and am not a party to the above action being taken. I have endorsed each copy served with the date, time and my signature.

**Title:** Process Server and/or Private Investigator

I Served: Shweta Mishra; Co-Res

Date: 05/23/2026          Time:     0933

Address:    3731 S Luchars Lane SLC, UT 84115

Phone:                    Work:                                              Jeff Thornton, Private Investigator - R112021

**Type of Service:**   **Substitute service at a above address. By leaving a copy of attached process at the individuals dwelling house or usual place of abode with a person of suitable age and discretion and that also resides at address.**

Subscribed and Sworn Before Me This  26th  Day of May      2026

Notary public residing in Salt Lake County. My commision expires 01/06/2027

Service fee:  $ 15.00     Milage Fee:  $ 21.00   Other Fee:    $ 0.00     Rush Fee:     $ 0.00

Addresses:    1          Attempts:      2       Attempts Charged:   2      Total Mileage:   7

HILARIE PETTY
Notary Public - State of Utah
Comm. No. 728645
My Commission Expires on
Jan 6, 2027

**Total Due:  $ 39.00**

Comments:   Attached Process: Answer to Verified Complaint, First Utah Banks Counterclaim, and Third-Party Complaint Against Nagendra Prasad Reddy, Certificate of Service by Electronic Notice (CM/ECF)

4

# United States Bankruptcy Court

## District of Utah



Date
Issued
May 19, 2026

In re

Plaza 106, LLC,

Debtor

Case Number 25–25459 PH
Chapter 11

Plaza 106, LLC et al.,

Plaintiff

v.

First Utah Bank

Defendant, Third–Party Plaintiff

v.

Nagendra Prasad Reddy

Third–Party Defendant

Adversary Proceeding
No. 26–02063 PH

TIME _____ 0583, DATE 5-29-26
SERVED_____ Shiveka Mehta
RELATIONSHIP_____
ADDRESS_____ 2781 S Buchanan Ln
_____ SERVER
TD's LEGAL PROCESS LLC          801-964-9393

## THIRD PARTY SUMMONS

YOU ARE SUMMONED and required to file a motion or answer to the third–party complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the third–party complaint within 35 days. The address of the clerk of the bankruptcy court is:

> Clerk, U.S. Bankruptcy Court
> Frank E. Moss Courthouse
> 350 South Main Street #301
> Salt Lake City, UT 84101

At the same time, you must also serve a copy of the motion or answer upon the defendant's attorney.

> Name and Address of Defendant's Attorney:
> Brian M. Rothschild
> Parsons Behle & Latimer
> 201 S. Main St. Suite 1800
> Salt Lake City, UT 84111

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney:
> Brody Valerga
> Valerga LLP
> 395 S Main St
> Suite 201
> Alpine, UT 84004

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012. If you are also being served with a copy of the complaint of the plaintiff, you have the option of not answering the plaintiff.s complaint unless this is an admiralty or maritime action subject to the provisions of Fed. R. Civ. P. 9(h) and 14(c), in which case you are required to file a motion or an answer to both the plaintiff.s complaint and the third–party complaint, and to serve a copy of your motion or answer upon the appropriate parties.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE THIRD–PARTY COMPLAINT.**

Dated: May 19, 2026

For the Court

David A. Sime
Clerk of Court

United States Bankruptcy Court
District of Utah
350 South Main, #301
Salt Lake City, UT 84101
Tel. (801) 524–6687

https://www.utb.uscourts.gov
VCIS* (866) 222–8029, then Press 85
* Voice Case Information System
Form B2500D – jtt

Zack L. Winzeler, USB #12280
Brian M. Rothschild, USB #15316
Whitney E. McKiddy, USB #17585
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone: 801.532.1234
Facsimile: 801.536.6111
ZWinzeler@parsonsbehle.com
BRothschild@parsonsbehle.com
WMcKiddy@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Defendants, Counterclaim Plaintiff,*
*and Third-Party Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>PLAZA 106 LLC,<br><br>    Debtor. | Adv. No. 26-ap-02063-PH<br><br>(Related to Case No. 25-bk-25459-PH) |
| PLAZA 106 LLC,<br><br>    Plaintiff and Counterclaim Defendant, | Chapter 11 |
| v.<br><br>FIRST UTAH BANK, a Utah State Chartered Bank; and MICHAEL R. BROWN, in his capacity as Successor Foreclosure Trustee,<br><br>    Defendants and Counterclaim Plaintiff | Judge Peggy Hunt |
| FIRST UTAH BANK, a Utah State Chartered Bank,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>NAGENDRA PRASAD REDDY,<br><br>    Third-Party Defendant. | |

4903-0951-9785

## ANSWER TO VERIFIED COMPLAINT, FIRST UTAH BANK'S COUNTERCLAIM, AND THIRD-PARTY COMPLAINT AGAINST NAGENDRA PRASAD REDDY

Defendants First Utah Bank (the "**Bank**") and Michael R. Brown ("**Brown**" and, together with the Bank, "**Defendants**"), by and through counsel, hereby answer Plaintiff Plaza 106, LLC's Verified Complaint as follows:

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Defendants respond to the allegations of the Complaint as follows:

### JURISDICTION AND VENUE

1.     This Court has jurisdiction over this adversary proceeding under 28 U.S.C. §§ 1334(b) and 157(a). This adversary proceeding is referred to this Court by the standing order of reference of the United States District Court for the District of Utah.

**ANSWER:** Admit.

2.     This is a core proceeding under 28 U.S.C. § 157(b)(2), including proceedings to determine the validity or extent of a lien (§ 157(b)(2)(K)), proceedings affecting the adjustment of the debtor-creditor relationship (§ 157(b)(2)(O)), and other proceedings affecting the administration of the estate (§ 157(b)(2)(A)).

**ANSWER:** Admit.

3.     This adversary proceeding is properly commenced under Federal Rule of Bankruptcy Procedure 7001, including: a proceeding to obtain injunctive relief (Rule 7001(7));

2

4903-0951-9785