Brody Valerga (USB #11789)
VALERGA LAWYERS
395 South Main Street, Suite 201
Alpine, Utah 84004
Telephone: (801) 893-3635
Facsimile: (801) 396-7164
Email: brody@valergalawyers.com
*Special Counsel for the Debtor in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>**PLAZA 106, LLC,**<br>        Debtor in Possession. | Bankruptcy No. 25-bk-25459-PH<br><br>Chapter 11 |
| **PLAZA 106, LLC,**<br>        Plaintiff,<br>v.<br>**FIRST UTAH BANK**, a Utah state-chartered bank; and **MICHAEL R. BROWN**, in his capacity as Successor Foreclosure Trustee,<br>        Defendants. | Hon. Peggy Hunt<br><br>Adversary Proceeding No. 26-02063 |

**APPLICATION FOR ORDER DIRECTING TRANSMITTAL OF MOTION**

**FOR WITHDRAWAL OF REFERENCE TO THE UNITED STATES DISTRICT**

**COURT**

Brody Valerga, attorney for Plaintiff Plaza 106, LLC, the debtor in possession, hereby applies for an order authorizing and directing transmittal of the attached Motion to Withdraw the Reference —

☐ seeking resolution of a matter requiring consideration of both Title 11 and other laws of the United States regulating organizations or activities affecting interstate commerce [28 U.S.C. § 157(d)];

☐ involving an adversary proceeding regarding a personal injury or wrongful death tort claim against the estate [28 U.S.C. § 157(b)(5)]; and

1

☒   alleging that cause exists for the withdrawal of the action to the District Court pursuant

to 28 U.S.C. § 157(d);

to the United States District Court for the District of Utah for consideration.


Dated: June 2, 2026.

VALERGA LAWYERS

/s/ Brody Valerga
Brody Valerga
Attorney for Plaintiff and Debtor in Possession

## CERTIFICATE OF SERVICE

I certify that on June 2, 2026, I caused the foregoing Application for Order to be filed

with the Clerk of the United States Bankruptcy Court for the District of Utah using the CM/ECF

system, which caused a Notice of Electronic Filing to be served upon all counsel of record,

including counsel for Defendants First Utah Bank and Michael R. Brown.


/s/ Brody Valerga
Brody Valerga
