**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| In re:<br>**PLAZA 106, LLC,**<br>     Debtor in Possession. | Bankruptcy No. 25-bk-25459-PH<br><br>Chapter 11 |
| **PLAZA 106, LLC,**<br>     Plaintiff,<br>v.<br>**FIRST UTAH BANK**, a Utah state-chartered bank; and **MICHAEL R. BROWN**, in his capacity as Successor Foreclosure Trustee,<br>     Defendants. | Hon. Peggy Hunt<br><br>Adversary Proceeding No. 26-02063 |

**ORDER DIRECTING TRANSMITTAL OF MOTION FOR WITHDRAWAL OF**

**REFERENCE TO THE UNITED STATES DISTRICT COURT**

Pursuant to District Court Rules of Practice DUCivR 83-7.4, because the attached Motion to Withdraw the Reference —

☐ seeks resolution of a matter requiring consideration of both Title 11 and other laws of the United States regulating organizations or activities affecting interstate commerce [28 U.S.C. § 157(d)];

☐ involves an adversary proceeding regarding a personal injury or wrongful death tort claim against the estate [28 U.S.C. § 157(b)(5)]; and

☒ alleges that cause exists for the withdrawal of the action to the District Court pursuant to 28 U.S.C. § 157(d),

it is hereby ordered transmitted to the United States District Court for the District of Utah for consideration.

The Clerk of the Bankruptcy Court is ordered to submit a certified copy of this order, along with a certified copy of the attached motion for withdrawal of reference, to the Clerk of the District Court. Any objections or responses must be filed in the District Court.

Not later than ten (10) days after entry of a dispositive order by the District Court, the prevailing party is hereby ordered to file a certified copy of the same with the Clerk of the Bankruptcy Court. The copy so filed shall include the case numbers appearing on this order.

* * * END OF DOCUMENT * * *

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing **Order Directing Transmittal OF MOTION FOR WITHDRAWAL OF REFERENCE TO THE UNITED STATES DISTRICT COURT** shall be served on the parties in the manner designated below:

By Electronic Service: The parties of record in this case, as identified below as registered CM/ECF users.
Michael Ronald Brown mbrown@parsonsbehle.com
Andres' Diaz courtmail@adexpresslaw.com
John S. Gygi john.gygi@sba.gov
Timothy J. Larsen tlarsen@adexpresslaw.com
James C. Lewis jlewis@lewishansen.com, wendy@lewishansen.com
Mark C. Rose mrose@rqn.com, docket@rqn.com;asanchez@rqn.com
Brian M. Rothschild brothschild@parsonsbehle.com,
ecf@parsonsbehle.com;docket@parsonsbehle.com
United States Trustee USTPRegion19.SK.ECF@usdoj.gov
Melinda Willden tr melinda.willden@usdoj.gov,
Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

By U.S. Mail: In addition to the parties receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed.R.Civ.P.5(b).

Plaza 106, LLC
1800 Airport Road
Price, UT 84501

2