Signed as modified by the Court.

**This order is SIGNED.**

**Dated: June 4, 2026**





**PEGGY HUNT**
**U.S. Bankruptcy Judge**

*aep*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>**PLAZA 106, LLC,**<br>    Debtor in Possession. | Bankruptcy No. 25-bk-25459-PH<br><br>Chapter 11 |
| **PLAZA 106, LLC,**<br>    Plaintiff,<br>v.<br>**FIRST UTAH BANK**, a Utah state-chartered bank; and **MICHAEL R. BROWN**, in his capacity as Successor Foreclosure Trustee,<br>    Defendants. | Hon. Peggy Hunt<br><br>Adversary Proceeding No. 26-02063 |

**ORDER DIRECTING TRANSMITTAL OF MOTION FOR WITHDRAWAL OF**

**REFERENCE TO THE UNITED STATES DISTRICT COURT**

Pursuant to District Court Rules of Practice DUCivR 83-6.37.4, because the

attached Motion to Withdraw the Reference —

☐ seeks resolution of a matter requiring consideration of both Title 11 and other laws of
the United States regulating organizations or activities affecting interstate commerce
[28 U.S.C. § 157(d)];

☐ involves an adversary proceeding regarding a personal injury or wrongful death tort
claim against the estate [28 U.S.C. § 157(b)(5)]; and

☒ alleges that cause exists for the withdrawal of the action to the District Court pursuant
to 28 U.S.C. § 157(d),

it is hereby ordered transmitted to the United States District Court for the District of Utah for

consideration.

The Clerk of the Bankruptcy Court is ordered to submit a ~~certified~~ copy of this order, along with a ~~certified~~ copy of the attached motion for withdrawal of reference, to the Clerk of the District Court. Any objections or responses must be filed in the District Court.

Not later than ten (10) days after entry of a dispositive order by the District Court, the prevailing party is hereby ordered to file a ~~certified~~ copy of the same with the Clerk of the Bankruptcy Court. The copy so filed shall include the case numbers appearing on this order.

**\* \* \* END OF DOCUMENT \* \* \***

**<u>DESIGNATION OF PARTIES TO BE SERVED</u>**

Service of the foregoing **Order Directing Transmittal OF MOTION FOR WITHDRAWAL OF REFERENCE TO THE UNITED STATES DISTRICT COURT** shall be served on the parties in the manner designated below:

By Electronic Service: The parties of record in this case, as identified below as registered CM/ECF users.
 Michael Ronald Brown mbrown@parsonsbehle.com
Andres' Diaz courtmail@adexpresslaw.com
John S. Gygi john.gygi@sba.gov
Timothy J. Larsen tlarsen@adexpresslaw.com
James C. Lewis jlewis@lewishansen.com, wendy@lewishansen.com
Mark C. Rose mrose@rqn.com, docket@rqn.com;asanchez@rqn.com
Brian M. Rothschild brothschild@parsonsbehle.com,
ecf@parsonsbehle.com;docket@parsonsbehle.com
United States Trustee USTPRegion19.SK.ECF@usdoj.gov
Melinda Willden tr melinda.willden@usdoj.gov,
Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

By U.S. Mail: In addition to the parties receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed.R.Civ.P.5(b).

Plaza 106, LLC
1800 Airport Road
Price, UT 84501

United States Bankruptcy Court

District of Utah

Plaza 106, LLC,

    Plaintiff

First Utah Bank,

    Defendant

Adv. Proc. No. 26-02063-PH

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1088-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 04, 2026 | Form ID: pdfor1 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Plaza 106, LLC, 3731 South Luchars Lane, Salt Lake City, UT 84115-5023 |
| | + | Plaza 106, LLC, 1800 Airport Road, Price, UT 84501-3609 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cd | *+ | Plaza 106, LLC, 3731 South Luchars Lane, Salt Lake City, UT 84115-5023 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian M. Rothschild | on behalf of 3rd Party Plaintiff First Utah Bank brothschild@parsonsbehle.com ecf@parsonsbehle.com;docket@parsonsbehle.com |
| Brian M. Rothschild | on behalf of Defendant Michael R Brown brothschild@parsonsbehle.com  ecf@parsonsbehle.com;docket@parsonsbehle.com |
| Brian M. Rothschild | on behalf of Defendant First Utah Bank brothschild@parsonsbehle.com  ecf@parsonsbehle.com;docket@parsonsbehle.com |
| Brody Valerga | |

District/off: 1088-2                           User: admin                                    Page 2 of 2
Date Rcvd: Jun 04, 2026                        Form ID: pdfor1                                Total Noticed: 2

                          on behalf of Plaintiff Plaza 106  LLC brodyvalerga@gmail.com, brodyvalerga@gmail.com

Zack L Winzeler
                          on behalf of 3rd Party Plaintiff Michael R Brown ecf@parsonsbehle.com  zwinzeler@parsonsbehle.com

Zack L Winzeler
                          on behalf of 3rd Party Plaintiff First Utah Bank ecf@parsonsbehle.com  zwinzeler@parsonsbehle.com


TOTAL: 6