Zack L. Winzeler, USB #12280
Brian M. Rothschild, USB #15316
Whitney E. McKiddy, USB #17585
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
ZWinzeler@parsonsbehle.com
BRothschild@parsonsbehle.com
WMcKiddy@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Defendants, Counterclaim Plaintiff,
and Third-Party Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>PLAZA 106 LLC,<br><br>        Debtor. | Adv. No. 26-ap-02063-PH<br><br>(Related to Case No. 25-bk-25459-PH) |
| PLAZA 106 LLC,<br><br>        Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>FIRST UTAH BANK, a Utah State Chartered Bank; and MICHAEL R. BROWN, in his capacity as Successor Foreclosure Trustee,<br><br>        Defendants and Counterclaim Plaintiff | Chapter 11<br>Judge Peggy Hunt |
| FIRST UTAH BANK, a Utah State Chartered Bank,<br><br>        Third-Party Plaintiff,<br><br>v.<br><br>NAGENDRA PRASAD REDDY,<br><br>        Third-Party Defendant. | |

## STIPULATED MOTION TO EXTEND DEADLINE TO FILE
## ATTORNEY PLANNING MEETING REPORT

4909-9815-2627.v1

Pursuant to Federal Rules of Civil Procedure 6(b) and 26(f), made applicable to this action by Federal Rule of Bankruptcy Procedure 7026, and Local Rule DUCivR 7-1(a)(2), Defendants First Utah Bank and Michael Brown in his capacity as Successor Foreclosure Trustee (collectively, "**Defendants**") and Plaintiff Plaza 106 LLC ("**Plaza 106**"), by and through counsel, stipulate and jointly move the Court to extend the deadline for the parties to confer as required under Utah Rule of Civil Procedure 26(f) and Initial Pretrial Conference as set forth in the Court's Order Setting (1) Deadline to File Report of Parties' Planning Meeting and Fed. R. Bankr. P. 7007.1 Statement, and (2) Scheduling Initial Pretrial Conference, Dkt. 14 (the "**Order**").

On May 18, 2026, the Court entered the Order requiring the parties to file their Report of Parties' Planning Meeting on or before June 12, 2026, and scheduling an Initial Pretrial Conference on June 23, 2026. *See* Dkt. 14. Based on recent filings, including First Utah Bank's Third-Party Complaint against Nagendra Prasad Reddy ("**Reddy**"), Dkt. 13, and Plaza 106's Amended Complaint, Dkt. 18, the parties request an order extending the deadline to file their Report of Parties' Planning Meeting until twenty-one days after Defendants and Reddy file their Answers to the pending pleadings, or until twenty-one days after the Court resolves any motion made pursuant to Federal Rule of Civil Procedure 12, made applicable to this action by Federal Bankruptcy Rule of Procedure 7012, in response to the pleadings. Extending this deadline will ensure that all parties, claims and counterclaims will be involved in the Rule 26(f) conference and resulting Report of Parties' Planning Meeting.

Accordingly, the parties request that the Court enter an order extending the deadline for the parties to file their Report of Parties' Planning Meeting until twenty-one days after responses are filed to the pending Third-Party Complaint and Amended Complaint, or until twenty-one days

4909-9815-2627.v1

after the Court resolves any motion made pursuant to Federal Rule of Civil Procedure 12 in response to the pending pleadings. A proposed form of order granting this relief is submitted herewith.

DATED: June 11, 2026

PARSONS BEHLE & LATIMER

/s/ *Brian M. Rothschild*
Brian M. Rothschild
Zack L. Winzeler
Whitney E. McKiddy

*Attorneys for Defendants, Counterclaim Plaintiff, and Third-Party Plaintiff*

VALERGA LLP

/s/ *Brody Valerga**
Brody Valerga

*Attorney for Plaza 106, LLC*

**electronically signed with permission given via email on June 11, 2026*

3

4909-9815-2627.v1

## <u>CERTIFICATE OF SERVICE BY ELECTRONIC NOTICE (CM/ECF)</u>

I hereby certify that on June 11, 2026, I electronically filed the foregoing **STIPULATED MOTION TO EXTEND DEADLINE TO FILE ATTORNEY PLANNING MEETING REPORT** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users.

**Brody Valerga on behalf of Plaintiff Plaza 106, LLC**
brodyvalerga@gmail.com, brodyvalerga@gmail.com

/s/ Brian M. Rothschild

4909-9815-2627.v1