Zack L. Winzeler, USB #12280
Brian M. Rothschild, USB #15316
Whitney E. McKiddy, USB #17585
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
Telephone:  801.532.1234
Facsimile:  801.536.6111
ZWinzeler@parsonsbehle.com
BRothschild@parsonsbehle.com
WMcKiddy@parsonsbehle.com

*Attorneys for Defendants, Counterclaim Plaintiff,*
*and Third-Party Plaintiff*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>PLAZA 106 LLC,<br><br>    Debtor. | Adv. No. 26-ap-02063-PH<br><br>(Related to Case No. 25-bk-25459-PH) |
| PLAZA 106 LLC,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>FIRST UTAH BANK, a Utah State Chartered Bank; and MICHAEL R. BROWN, in his capacity as Successor Foreclosure Trustee,<br><br>    Defendants and Counterclaim Plaintiff | Chapter 11<br>Judge Peggy Hunt |

| | |
|---|---|
| FIRST UTAH BANK, a Utah State Chartered Bank,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>NAGENDRA PRASAD REDDY,<br><br>    Third-Party Defendant. | |

**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO
EXTEND DEADLINE TO FILE ATTORNEY PLANNING MEETING
REPORT**

Before the Court is the parties Stipulated Motion to Extend Deadline to File Attorney Planning Meeting Report, Dkt. 25 (the **Stipulated Motion**). For the reasons stated in the Stipulated Motion, and for good cause appearing, the Court GRANTS the Motion and Orders the parties to file the Report of Parties' Planning Meeting within twenty-one (21) days after responses are filed to the pending Third-Party Complaint, Dkt. 13, and Amended Complaint, Dkt. 18, or until twenty-one days after the resolution of any motion made pursuant to Federal Rule of Civil Procedure 12 in response to the pending Third-Party Complaint, Dkt. 13, and Amended Complaint, Dkt. 18, whichever date is later.

**SO ORDERED** this _____ day of _____, 2026.

                              BY THE COURT:

                              _____
                              Judge Peggy Hunt
                              United States Bankruptcy Judge

4906-2066-5523.v1