# EXHIBIT C



September 25, 2024

Attn:  Nagendra Prasad Reddy
Plaza 106, LLC
894 East 3900 South
Salt Lake City, UT  84107

Re:     Loan Number ▮▮▮▮4200

### Notice of Default – Acceleration and Demand for Payment

Via:    Certified Mail and E-mail

Nagendra Prasad Reddy:

        You are notified that the above loan with an outstanding balance of $2,636,920.72* is in default for non-payment and events of default under the terms of the promissory note and loan agreements.  Below is a list of defaults.  These are not the only defaults; however, the promissory note and loan agreements state that the lender may declare the entire unpaid principal balance and all accrued unpaid interest immediately due upon default.

- Payment Default - 67 days delinquent for July, August and September payments
- Payment Default - Past and present late fees $2,655.81
- Payment Default - Appraisal fees $3,330.00
- Payment Default - Total amount to bring the loan current as of today $59,102.52
- Payment Default - Delinquent property tax for 2022 & 2023 of $39,596.40
- Reporting Default - 2022 & 2023 Company and personal tax returns
- Reporting Default - 2024 YTD Company Income Statement and Balance Sheet
- Reporting Default - Current rent roll for the property and executed lease agreements
- Reporting Default - Current contact information for the property manager and all tenants
- Reporting Default - Current Personal Financial Statement

First Utah Bank has issued multiple demands without any response.  Due to the defaults noted above, the interest rate was increased to the default rate.  First Utah Bank is now exercising lender rights under the note and loan agreements to make formal demand upon you as owner and guarantor to pay the outstanding past due loan payments immediately.

First Utah Bank will not accept partial payments to bring this loan current.  If all of the defaults are not cured by **October 18, 2024** First Utah Bank will issue a formal Notice of Default which will be recorded with the county recorder.  All monetary and reporting defaults will need to be cured to avoid a formal Notice of Default being filed.


* The referenced Outstanding Balance is subject to any and all legal fees, collection/other applicable costs.  Any payoff amount is subject to final written bank approval.

First Utah Bank has the right to enforce legal collection proceedings at any time.  Legal and / or collection actions may commence against the borrower, guarantor, and collateral *without further notice*.

Sincerely,

Don Rudy
VP Asset Management Group