# EXHIBIT D

**When Recorded Return To:**

Parsons Behle & Latimer
201 S. Main Street, Suite 1800
Salt Lake City, UT 84111
Attention: Michael R. Brown

**14308263 B: 11529 P: 7143 Total Pages: 2**
**11/01/2024 10:14 AM By: asteffensen Fees: $40.00**
**Rashelle Hobbs, Recorder, Salt Lake County, Utah**
**Return To: PARSONS BEHLE & LATIMER**
**201 SOUTH MAIN, SUITE 1500SALT LAKE CITY, UT 84111**

Parcel No. 16-32-376-007

Space above for County Recorder's Use

## NOTICE OF DEFAULT AND ELECTION TO SELL

NOTICE IS HEREBY GIVEN of the default by Plaza 106 LLC, a Utah limited liability company ("Trustor"), in the payment when due of all the indebtedness evidenced by that certain Promissory Note executed by Trustor and dated July 20, 2022 (the "Note"), in the principal amount of $2,725,000.00, which Note is payable to First Utah Bank, a Utah state chartered bank ("Lender"), and which Note is secured by that certain Deed of Trust effective July 20, 2022, and recorded on July 20, 2022 in the Office of the Recorder of Salt Lake County, State of Utah as Entry No. 13987971 in Book 11358 beginning at Page 551 (the "Deed of Trust"), which Deed of Trust was executed by Trustor in favor of Lender as the original Trustee, and Lender as Beneficiary.

Michael R. Brown, an active member of the Utah State Bar residing in Utah, has been substituted as the Successor Trustee (hereafter "Trustee"), pursuant to the certain Substitution of Trustee dated October 31, 2024 and recorded on October 31, 2024 as Entry No. 14307715 in Book 11529 beginning at Page 3637 in the Office of the Recorder of Salt Lake County, State of Utah. The Trust Deed encumbers the following described real property situated in Salt Lake County, State of Utah ("Trust Property"):

**BEGINNING 100 FEET WEST AND 20 FEET SOUTH FROM THE NORTHEAST CORNER OF LOT 10, BLOCK 5, TEN ACRE PLAT A, BIG FIELD SURVEY, WEST 125 FEET; SOUTH 226.18 FEET; EAST 225 FEET; NORTH 121.18 FEET; WEST 100 FEET; NORTH 105 FEET TO BEGINNING.**

**EXCEPTING THEREFROM:**

**BEGINNING AT A POINT ALONG THE LOT LINE SOUTH 0° 05' 44" WEST 125 FEET FROM THE NORTHEAST CORNER OF LOT 10, BLOCK 5, 10 ACRE PLAT A, BIG FIELD SURVEY SAID POINT BEING SOUTH 0° 05' 44" WEST 158.00 FEET ALONG THE 900 EAST STREET MONUMENT LINE AND NORTH 89° 57' 26" WEST 33.00 FEET FROM THE COUNTY MONUMENT IN THE INTERSECTION OF 3900 SOUTH AND 900 EAST STREETS: THENCE SOUTH 0° 05' 44" WEST 121.18 FEET; THENCE NORTH 89° 57' 42" WEST 7.00 FEET; THENCE NORTH 0° 05' 44" EAST 121.18 FEET; THENCE SOUTH 89° 57' 26" EAST 7.0 FEET TO THE POINT OF BEGINNING.**

4883-9443-2500.v1

Tax ID No. 16-32-376-007

Commonly known as 894 East 3900 South, Salt Lake City, UT 84107

A breach of the obligation for which the Trust Property was given as security has occurred. The Trustee does hereby elect to sell or cause the Trust Property to be sold to satisfy the obligations secured by the Deed of Trust, including appropriate fees, charges, and expenses incurred by Lender and Trustee, advances, if any, under the terms of the Deed of Trust, interest thereon, and the unpaid principal, accrued interest, late charges, attorneys' fee and all other amounts payable by Trustor under the terms of the Note and the Deed of Trust.

The nature of such breach is the failure of the Trustor to pay the amounts due under the Note. As a result of the payment breach, among other breaches, the entire balance owed by Trustor under the Note is immediately due and payable in full. The amount owed by Trustor to Lender includes the principal balance and accrued interest in the amount of $2,723,637.19 as of October 23, 2024, together with all interest, costs, fees, and subsequent sums advanced by Lender pursuant to the terms and conditions of Note and the Deed of Trust, including without limitation attorneys' fees, all of which are declared to be due and payable.

DATED this 31st day of October 2024.

SUCCESSOR TRUSTEE:

Michael R. Brown
Parsons Behle & Latimer
201 S. Main Street. Suite 1800
Salt Lake City, UT 84111

STATE OF UTAH          )
                       : ss.
COUNTY OF SALT LAKE  )

The foregoing NOTICE OF DEFAULT AND ELECTION TO SELL was acknowledged before me this _31_ day of _October_ 2024, by Michael R. Brown, in his capacity as the Successor Trustee.



STEPHANIE S HORE
Notary Public
State of Utah
My Commission Expires 10/07/2026
COMMISSION # 727146

NOTARY PUBLIC

2

4883-9443-2500.v1