# EXHIBIT F

When Recorded Return To:

Parsons Behle & Latimer
201 South Main Street, Suite 1800
Salt Lake City, Utah  84111
Attention: Michael R. Brown

**14351502 B: 11552 P: 8424 Total Pages: 2**
**02/26/2025 01:18 PM By: csummers Fees: $40.00**
**Rashelle Hobbs, Recorder, Salt Lake County, Utah**
**Return To: PARSONS BEHLE & LATIMER**
**201 SOUTH MAIN, SUITE 1500SALT LAKE CITY, UT 84111**

Space above for County Recorder's Use
PARCEL NO. 16-32-376-007

## CANCELLATION OF NOTICE OF DEFAULT

THE UNDERSIGNED hereby cancels the Notice of Default filed for record on November 1, 2024, and recorded as Entry No. 14308263 in Book 11529, beginning at Page 7143 of the official records of the County Recorder of Salt Lake County, Utah ("Official Records"), which Notice of Default refers to the Deed of Trust (the "Trust Deed") dated July 20, 2022 and granted by Plaza 106 LLC, as Trustor, in favor of First Utah Bank, as Beneficiary, and First Utah Bank, as the original Trustee, and recorded on July 20, 2022 in the Official Records as Entry No. 13987971 in Book 11358 beginning at Page 551.

Michael R. Brown, an active member of the Utah State Bar residing in Utah, has been substituted as the Successor Trustee, pursuant to the certain Substitution of Trustee dated October 31, 2024 and recorded on October 31, 2024 as Entry No. 14307715 in Book 11529 beginning at Page 3637 in the Official Records.  The property subject to the Trust Deed is situated in Salt Lake County, Utah, and more particularly described as follows:

BEGINNING 100 FEET WEST AND 20 FEET SOUTH FROM THE NORTHEAST CORNER OF LOT 10, BLOCK 5, TEN ACRE PLAT A, BIG FIELD SURVEY, WEST 125 FEET; SOUTH 226.18 FEET; EAST 225 FEET; NORTH 121.18 FEET; WEST 100 FEET; NORTH 105 FEET TO BEGINNING.

EXCEPTING THEREFROM:

BEGINNING AT A POINT ALONG THE LOT LINE SOUTH 0° 05' 44" WEST 125 FEET FROM THE NORTHEAST CORNER OF LOT 10, BLOCK 5, 10 ACRE PLAT A, BIG FIELD SURVEY SAID POINT BEING SOUTH 0° 05' 44" WEST 158.00 FEET ALONG THE 900 EAST STREET MONUMENT LINE AND NORTH 89° 57' 26" WEST 33.00 FEET FROM THE COUNTY MONUMENT IN THE INTERSECTION OF 3900 SOUTH AND 900 EAST STREETS: THENCE SOUTH 0° 05' 44" WEST 121.18 FEET; THENCE NORTH 89° 57' 42" WEST 7.00 FEET; THENCE NORTH 0° 05' 44" EAST 121.18 FEET; THENCE SOUTH 89° 57' 26" EAST 7.0 FEET TO THE POINT OF BEGINNING.

Commonly known as 894 East 3900 South, Salt Lake City, UT 84107

Tax Serial/Parcel No.: 16-32-376-007

4920-1337-9872.v1

DATED as of February 25, 2025.

SUCCESSOR TRUSTEE:

MICHAEL R. BROWN

STATE OF UTAH        )
                     : ss.
COUNTY OF SALT LAKE  )

The foregoing CANCELLATION OF NOTICE OF DEFAULT was acknowledged before me this 25th day of February , 2025, by MICHAEL R. BROWN.

My Commission Expires:

Bara R. McFarland
NOTARY PUBLIC
Residing at: SL County UT

BARBARA R McFARLAND
NOTARY PUBLIC · STATE OF UTAH
COMMISSION# 718219
COMM. EXP. 06-29-2025

2

4920-1337-9872.v1