# EXHIBIT G



201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Main  801.532.1234
Fax  801.536.6111

A Professional
Law Corporation

Michael Brown
Attorney at Law
Direct  801.536.6790
MBrown@parsonsbehle.com

# NOTICE OF INTENT TO FILE NOTICE OF DEFAULT

March 11, 2025

**VIA CERTIFIED MAIL AND RETURN RECEIPT REQUESTED**

Plaza 106 LLC
894 East 3900 South
Salt Lake City, UT  84107

Plaza 106 LLC
1080 Airport Road
Price, UT  84501

Plaza 106 LLC
PO Box 9677
Salt Lake City, UT  84109

Nagendra Prasad Reddy
Registered Agent
3731 Luchars Lane
Salt Lake City, UT  84115

Plaza 106 LLC
1800 Airport Road
Price, UT  84501

**Re:   Notice of Acceleration and Default – First Utah Bank, Loan No. 9313034200**

Plaza 106 LLC, as Borrower, executed a Deed of Trust in favor of First Utah Bank ("Lender"), as Beneficiary, to secure a loan in the amount of $2,725,000.00 dated July 20, 2022 and recorded July 20, 2022 as Entry No. 13987971, Book No. 11358, beginning at page 551, in the Official Records of the County Recorder of Salt Lake County, State of Utah (the "Trust Deed").

Pursuant to Utah Code Ann. § 57-1-24.3(2), this notice advises you of Lender's intent to file a Notice of Default and Election to Sell.  The nature of the default is your failure to pay amounts owed under that certain Promissory Note, dated July 20, 2022, for which certain real property (the "Trust Property") was given as security and according to those terms and conditions set forth under that certain Business Loan Agreement dated July 20, 2022.

Lender provided you with Notices of Default and Demands for Payment on September 4, 2024; September 25, 2024; and additional notices and correspondence in the successive months. Lender now intends to pursue foreclosure proceedings.

The Trust Property is situated in Salt Lake County, Utah and more particularly described as follows:

4930-0155-6262.v2

March 11, 2025
Page Two

**BEGINNING 100 FEET WEST AND 20 FEET SOUTH FROM THE NORTHEAST CORNER OF LOT 10, BLOCK 5, TEN ACRE PLAT A, BIG FIELD SURVEY, WEST 125 FEET; SOUTH 226.18 FEET; EAST 225 FEET; NORTH 121.18 FEET; WEST 100 FEET; NORTH 105 FEET TO BEGINNING.**

**EXCEPTING THEREFROM:**

**BEGINNING AT A POINT ALONG THE LOT LINE SOUTH 0° 05' 44" WEST 125 FEET FROM THE NORTHEAST CORNER OF LOT 10, BLOCK 5, 10 ACRE PLAT A, BIG FIELD SURVEY SAID POINT BEING SOUTH 0° 05' 44" WEST 158.00 FEET ALONG THE 900 EAST STREET MONUMENT LINE AND NORTH 89° 57' 26" WEST 33.00 FEET FROM THE COUNTY MONUMENT IN THE INTERSECTION OF 3900 SOUTH AND 900 EAST STREETS: THENCE SOUTH 0° 05' 44" WEST 121.18 FEET; THENCE NORTH 89° 57' 42" WEST 7.00 FEET; THENCE NORTH 0° 05' 44" EAST 121.18 FEET; THENCE SOUTH 89° 57' 26" EAST 7.0 FEET TO THE POINT OF BEGINNING.**

Commonly known as 894 East 3900 South, Salt Lake City, UT 84107

Tax Serial/Parcel No.: 16-32-376-007

As a result of the payment default, among other defaults and breaches, the entire balance set forth below is due and payable in full.  The total amount you are required to pay in order to cure all monetary defaults and avoid the filing of the Notice of Default is $2,945,479.83 as set forth below:

| Itemized Type or Description | Amount Due as of March 11, 2025 |
| --- | --- |
| Principal on Loan No. 9313034200 | $2,636,920.72 |
| Accrued Interest | $286,272.77 |
| Accrued Late Charges | $8,852.70 |
| Appraisal Fees | $3,330.00 |
| Legal Fees | $10,103.64 |

If Lender does not receive a full cure of defaults by April 11, 2025, Lender shall cause the trustee or successor trustee under the Trust Deed to file and record a Notice of Default indicating its election to sell or cause to be sold the Trust Property to satisfy the obligations secured by the Trust Deed, including appropriate fees, charges, and expenses incurred, advances, if any, under the terms of the Trust Deed, interest thereon, and the unpaid principal and accrued interest of the Promissory Note as secured by Trust Deed.

The purpose of this notice is to collect a debt and any information obtained may be used for that purpose.  Please direct all communications regarding this debt or regarding potential

4930-0155-6262.v2

March 11, 2025
Page Three

foreclosure relief for which you may apply to Don Rudy as your single point of contact. Mr. Rudy's contact information is as follows:

Don Rudy
Vice President, Asset Management Group
First Utah Bank
Direct: 801.478.2306
Email: DRudy@firstutahbank.com
Physical: 3826 South 2300 East Salt Lake City, UT 84109

Sincerely,

PARSONS BEHLE & LATIMER

/s/ Michael R. Brown

Michael R. Brown
Attorney at Law

MB:

4930-0155-6262.v2