# EXHIBIT I

## NOTICE OF TRUSTEE'S SALE

The following described property will be sold at public auction to the highest bidder, payable in lawful money of the United States, at the front entrance of the Third District Courthouse, Salt Lake County, 450 S. State Street, Salt Lake City, UT 84111, on **Tuesday, September 16, 2025 at 10:00 a.m.** of said day for the purpose of foreclosing that certain Deed of Trust (the "Trust Deed") dated effective July 20, 2022, and recorded on July 20, 2022 in the Office of the Recorder of Salt Lake County, State of Utah as Entry No. 13987971 in Book 11358 beginning at Page 551, which Trust Deed was executed by PLAZA 106 LLC, a Utah limited liability company, as Trustor, in favor of FIRST UTAH BANK, a Utah state chartered bank, as Beneficiary, with FIRST UTAH BANK, a Utah state chartered bank, as the original Trustee, and MICHAEL R. BROWN, an active member of the Utah State Bar, as the Successor Trustee.

The real property encumbered by the Trust Deed, situated in Salt Lake County, State of Utah, is described as follows:

**BEGINNING 100 FEET WEST AND 20 FEET SOUTH FROM THE NORTHEAST CORNER OF LOT 10, BLOCK 5, TEN ACRE PLAT A, BIG FIELD SURVEY, WEST 125 FEET; SOUTH 226.18 FEET; EAST 225 FEET; NORTH 121.18 FEET; WEST 100 FEET; NORTH 105 FEET TO BEGINNING.**

**EXCEPTING THEREFROM:**

**BEGINNING AT A POINT ALONG THE LOT LINE SOUTH 0° 05' 44" WEST 125 FEET FROM THE NORTHEAST CORNER OF LOT 10, BLOCK 5, 10 ACRE PLAT A, BIG FIELD SURVEY SAID POINT BEING SOUTH 0° 05' 44" WEST 158.00 FEET ALONG THE 900 EAST STREET MONUMENT LINE AND NORTH 89° 57' 26" WEST 33.00 FEET FROM THE COUNTY MONUMENT IN THE INTERSECTION OF 3900 SOUTH AND 900 EAST STREETS: THENCE SOUTH 0° 05' 44" WEST 121.18 FEET; THENCE NORTH 89° 57' 42" WEST 7.00 FEET; THENCE NORTH 0° 05' 44" EAST 121.18 FEET; THENCE SOUTH 89° 57' 26" EAST 7.0 FEET TO THE POINT OF BEGINNING.**

Tax ID No. 16-32-376-007

Commonly known as 894 East 3900 South, Salt Lake City, UT 84107

A Notice of Default and Election to Sell was recorded with the Salt Lake County Recorder on April 17, 2025 as Entry No. 14372486, Book 11564, beginning at Page 4479. A Substitution of Trustee appointing Michael R. Brown as successor trustee was recorded with the Salt Lake County Recorder on October 31, 2024 as Entry No. 14307715, Book 11529, beginning at Page 3637.

The purchase price is payable in lawful money of the United States at the time of sale. Bidders must tender to the Trustee the purchase price by 11:00 a.m. the day following the sale. The

PBL\02950.556\4930-8353-8710.v2-8/9/25

payment must be in the form of a cashier's check. Bank "Official Checks" are not acceptable. A Trustee's Deed will be made available to the successful bidder within three business days following receipt of the bid amount. The Property is to be sold without any covenants or warranties whatsoever, including, but not limited to, warranties of title, possession, condition or encumbrances. For further information about the sale please contact the Trustee.

THIS NOTICE IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

DATED this 10th day of August 2025.

/s/ Michael R. Brown
Michael R. Brown
Parsons Behle & Latimer
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 532-1234
Office Hours: 9:00 a.m. to 5:00 p.m.

2

PBL\02950.556\4930-8353-8710.v2-8/9/25