Brody Valerga (USB #11789)
VALERGA LLP
395 South Main Street, Suite 201
Alpine, UT 84004
Telephone: (801) 893-3635
Facsimile: (801) 396-7164
Email: brody@valergalawyers.com
Special Counsel for the Debtor in Possession / Plaintiff

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br>**PLAZA 106, LLC,**<br>　　Debtor in Possession.<br>_____<br>**PLAZA 106, LLC,**<br>　　Plaintiff and Counterclaim Defendant,<br>v.<br>**FIRST UTAH BANK, a Utah state-chartered bank;<br>and MICHAEL R. BROWN, in his capacity as<br>Successor Foreclosure Trustee,**<br>　　Defendants and Counterclaim Plaintiff,<br>**FIRST UTAH BANK, a Utah State Chartered Bank,**<br>　　Third-Party Plaintiff,<br>v.<br>**NAGENDRA PRASAD REDDY,**<br>　　Third-Party Defendant. | Bankruptcy No. 25-bk-25459-PH<br><br>Chapter 11<br><br>Hon. Peggy Hunt<br><br>Adversary Proceeding<br>No. 26-02063 |

## STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Plaintiff Plaza 106, LLC ("Plaza 106"), and Defendants First Utah Bank and Michael R. Brown (together, "Defendants"), by and through their respective counsel, hereby stipulate and jointly move for a brief extension of Plaza 106's deadline to respond to Defendants' Motion to Dismiss (Dkt. No. 27). In support, the parties state:

1. On June 16, 2026, Defendants filed their Motion to Dismiss the First Amended Complaint (Dkt. No. 27).

2. Plaza 106's deadline to respond to the Motion to Dismiss is currently June 30, 2026.

3. The parties have met and conferred and stipulate, subject to the Court's approval, that Plaza 106's deadline to respond to the Motion to Dismiss be extended to and including Friday, July 3, 2026.

4. Good cause supports the requested extension. The additional time is needed to permit Plaza 106 to prepare and finalize its response; the requested extension is brief; no party will be prejudiced; and this Motion is not made for purposes of delay.

5. Counsel for Defendants has consented to this extension, as reflected in email correspondence between counsel dated June 30, 2026.

WHEREFORE, the parties respectfully request that the Court enter the accompanying proposed order extending Plaza 106's deadline to respond to Defendants' Motion to Dismiss to and including Friday, July 3, 2026.

DATED: June 30, 2026.

VALERGA LLP

/s/ Brody Valerga
Brody Valerga (USB #11789)
Attorney for Plaintiff and Debtor in Possession

STIPULATED AND AGREED; APPROVED AS TO FORM:

PARSONS BEHLE & LATIMER

/s/ Brian M. Rothschild (signed with permission)
Brian M. Rothschild (USB #15316)
Attorneys for Defendants, Counterclaim Plaintiff, and Third-Party Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2026, I caused the foregoing **STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** to be filed with the Clerk of the United States Bankruptcy Court for the District of Utah using the CM/ECF system, which caused a Notice of Electronic Filing to be served upon all counsel of record, including counsel for Defendants First Utah Bank and Michael R. Brown.

/s/ Brody Valerga
Brody Valerga