Signed as modified by the Court.

**This order is SIGNED.**

Order prepared and submitted by:
Brody Valerga (USB #11789)

**Dated: July 2, 2026**

VALERGA LLP
395 South Main Street, Suite 201
Alpine, UT 84004
Telephone: (801) 893-3635
Email: brody@valergalawyers.com

_Peggy Hunt_

**PEGGY HUNT
U.S. Bankruptcy Judge**



*aep*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br>**PLAZA 106, LLC,**<br>　　　Debtor in Possession.<br><br>**PLAZA 106, LLC,**<br>　　　Plaintiff and Counterclaim Defendant,<br>v.<br>**FIRST UTAH BANK, a Utah state-chartered bank; and MICHAEL R. BROWN, in his capacity as Successor Foreclosure Trustee,**<br>　　　Defendants and Counterclaim Plaintiff,<br>**FIRST UTAH BANK, a Utah State Chartered Bank,**<br>　　　Third-Party Plaintiff,<br>v.<br>**NAGENDRA PRASAD REDDY,**<br>　　　Third-Party Defendant. | Bankruptcy No. 25-bk-25459-PH<br><br>Chapter 11<br><br>Hon. Peggy Hunt<br><br>Adversary Proceeding No. 26-02063 |

### ~~[PROPOSED]~~ ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Upon the parties' Stipulated Motion for Extension of Time to Respond to Defendants' Motion to Dismiss, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff Plaza 106, LLC's response to Defendants' Motion to Dismiss (Dkt. No. 27) shall be filed on or before Friday, July 3, 2026.

_____

~~Peggy Hunt~~
~~United States Bankruptcy Judge~~

- - - - - - - - - - - - - END OF DOCUMENT - - - - - - - - - - - - - - -

## <u>DESIGNATION OF PARTIES TO BE SERVED</u>

Service of the foregoing ORDER shall be served on the parties and in the manner designated

below:

**By Electronic Service** – The parties of record in this case as identified below are registered
CM/ECF users and will be served through the Court's CM/ECF system:

Brody Valerga  brodyvalerga@gmail.com

Brian M. Rothschild  brothschild@parsonsbehle.com; ecf@parsonsbehle.com;
docket@parsonsbehle.com

Zack L. Winzeler  zwinzeler@parsonsbehle.com; ecf@parsonsbehle.com

United States Trustee  USTPRegion19.SK.ECF@usdoj.gov

**By U.S. Mail** – None.