**Nagendra Prasad Reddy**
3861 N Springbrook Ln
Lehi, UT 84048
Telephone: (414) 687-3000
Email: Prasad.Reddy@CarePhysician.com

Third-Party Defendant, appearing Pro Se

FILED US Bankruptcy Court -UT
JUL 27 2026 PM4:37

| | |
|---|---|
| In re:<br>**PLAZA 106, LLC,**<br>Debtor in Possession. | **Bankruptcy No. 25-25459-PH**<br>Chapter 11<br>Hon. Peggy Hunt<br>**Adversary Proceeding No. 26-02063** |
| **PLAZA 106, LLC,**<br>Plaintiff and Counterclaim Defendant,<br>v.<br>**FIRST UTAH BANK, a Utah state-chartered bank; and MICHAEL R. BROWN, in his capacity as Successor Foreclosure Trustee,**<br>Defendants and Counterclaim Plaintiff,<br>**FIRST UTAH BANK, a Utah State Chartered Bank,**<br>Third-Party Plaintiff,<br>v.<br>**NAGENDRA PRASAD REDDY,**<br>Third-Party Defendant. | |

# APPLICATION FOR ORDER DIRECTING TRANSMITTAL OF MOTION FOR WITHDRAWAL OF REFERENCE TO THE UNITED STATES DISTRICT COURT

Third-Party Defendant Nagendra Prasad Reddy, appearing pro se, respectfully applies, pursuant to 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011, and District Court Rules of Practice DUCivR 83-6.3 and 83-6.4, for entry of an Order Directing Transmittal of his Motion to Withdraw the Reference to the United States District Court for the District of Utah.

Contemporaneously with this Application, Mr. Reddy has filed his Motion to Withdraw the Reference of the third-party claims asserted against him in the above-captioned adversary proceeding. The Motion alleges that cause exists for withdrawal of the reference under 28 U.S.C. § 157(d)—including that Mr. Reddy is entitled to a trial by jury on the third-party claims and has

not consented to a jury trial conducted by the Bankruptcy Court, and that he does not consent to the entry of final orders or judgment by the Bankruptcy Court.

Under Federal Rule of Bankruptcy Procedure 5011(a), a motion to withdraw the reference is heard and determined by the District Court, and the Bankruptcy Court does not conduct hearings on such a motion. Mr. Reddy therefore requests that the Court enter the accompanying proposed Order Directing Transmittal, directing the Clerk of the Bankruptcy Court to transmit the Motion, this Application, and the signed Order to the Clerk of the United States District Court for the District of Utah for consideration.

A proposed Order Directing Transmittal is submitted herewith.

DATED this 27th day of July, 2026.

/s/ Nagendra Prasad Reddy
Nagendra Prasad Reddy
Third-Party Defendant, Pro Se

**CERTIFICATE OF SERVICE**

I certify that on July 27, 2026, I caused a true and correct copy of the foregoing Application for Order Directing Transmittal to be served by electronic mail, pursuant to counsel's written consent to electronic service, on Brian M. Rothschild, counsel for First Utah Bank and Michael R. Brown, at the email address set forth below:

Brian M. Rothschild
Parsons Behle & Latimer
brothschild@parsonsbehle.com
Counsel for First Utah Bank and Michael R. Brown

DATED this 27th day of July, 2026.

/s/ Nagendra Prasad Reddy